**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-7053**

TRAVIS FRYE,

        Plaintiff - Appellant,

    v.

MEDICAL DEPARTMENT/QUIDWAI,

        Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Robert E. Payne, Senior District Judge. (3:18-cv-00326-REP-RCY)

Submitted: December 20, 2018            Decided: December 27, 2018

Before DIAZ and RICHARDSON, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Travis Frye, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Travis Frye, a Virginia inmate, appeals the district court's order dismissing without prejudice his 42 U.S.C. § 1983 (2012) action for failure either to pay the filing fee or to submit a fee collection form. Because the district court dismissed Frye's action "for procedural reasons unrelated to the contents of the pleadings," we have jurisdiction over this appeal. *Goode v. Cent. Va. Legal Aid Soc'y, Inc.*, 807 F.3d 619, 624 (4th Cir. 2015). While this appeal was pending, the district court reinstated the action, albeit under a new case number, after Frye returned a completed fee collection form. Because the district court already has accorded Frye the only relief he could obtain by way of this appeal, we dismiss the appeal as moot. *See CVLR Performance Horses, Inc. v. Wynne*, 792 F.3d 469, 474 (4th Cir. 2015) ("Litigation may become moot during the pendency of an appeal when an intervening event makes it impossible for the court to grant effective relief to the prevailing party."). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*